ACCEPTED
15-25-00062-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/2/2025 11:42 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00062-CV

# In the Court of Appeals
# for the Fifteenth Judicial District
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/2/2025 11:42:27 AM
CHRISTOPHER A. PRINE
Clerk

STATE OF TEXAS,

*Appellant.*

v.

CITY OF DALLAS, ET AL.,

*Appellees.*

On Appeal from the
134th Judicial District Court, Dallas County

## APPELLANT'S SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE OPENING BRIEF

TO THE HONORABLE FIFTH COURT OF APPEALS:

Appellant, the State of Texas (Texas) respectfully requests that the Court extend the time for the filing of Appellant's Brief on the Merits by thirty (30) days to June 4, 2025.

Under the current schedule, Texas's brief is due on May 5, 2025. This is the State's second request for an extension of time to file its brief.

### BACKGROUND

Texas filed its notice of appeal in the district court on March 19, 2025. The Reporter's Record was filed on March 25, 2025, and the Clerk's Record was filed on March 26, 2025.

Due to an inadvertent clerical error, Texas filed its appeal with the Fifth Court of Appeals instead of the Fifteenth Court of Appeals. Consequently, Texas moved on March 25, 2025, to transfer the appeal to the Fifteenth Court of Appeals. On April 1, 2025, this Court sent a letter to the Clerk of the Fifteenth Court of Appeals granting Texas's motion to transfer. *See* Tex. R. App. P. 27a(c)(1)(B). The case was officially transferred on April 23, 2025.

## FACTS

The State requests an extension not for purposes of delay, but so that its counsel may have adequate time to prepare its brief in light of the undersigned counsel's involvement in the statewide federal redistricting trial that will take place from approximately May 21, 2025, through June 14, 2025, in the Western District of Texas, El Paso Division. *See League of United Latin American Citizens, et al. v. Abbott, et al.*, Cause No. EP-21-cv-00259-DCG-JES-JVB [Lead Case]. Due to the imminency of this trial, the undersigned counsel has and will continue to have several pretrial deadlines that cannot realistically be moved, including:

- A deadline of May 2, 2025, to review and filing of deposition page and line designations for over fifty witnesses, as well as prepare and file pretrial materials, including exhibits and exhibit lists.
- A deadline of May 9, 2025, for the parties to object to the opposing Parties' rule 26(a)(3) disclosures. *See* Fed. R. Civ. P. 26(a)(3).
- A deadline of May 14, 2025 to file a pretrial brief.

Texas seeks this extension not for the purpose of delaying the proceeding, but so that justice may be done. Defendant-Appellees are unopposed to this motion

## PRAYER

Texas respectfully requests that the Court grant it an extension of time to filing its opening brief, and set the new date for June 4, 2025.

Date: May 2, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

*/s/ Zachary L. Rhines*
ZACHARY L. RHINES
Special Counsel
State Bar No. 24116957
Zachary.Rhines@oag.texas.gov

KYLE S. TEBO
Special Counsel
State Bar No. 24137691
Kyle.Tebo@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

COUNSEL FOR THE STATE OF TEXAS

## CERTIFICATE OF CONFERENCE

I certify that on April 30, 2025, I conferred via telephone and email with counsel for Defendant-Appellees regarding the subject of this motion. Counsel indicated they do not oppose a request for a 30 day extension.

*/s/ Zachary L. Rhines*
ZACHARY L. RHINES
Special Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2025, a true and correct copy of the foregoing document was served via the Court's electronic filing system to all counsel of record.

ELIZABETH CHANDLER
Texas State Bar No. 24097484
elizabeth.chandler@dallas.gov
Assistant City Attorney

STACY JORDAN RODRIGUEZ
Texas State Bar No. 11016750
stacy.rodriguez@dallas.gov
Assistant City Attorney

ANDREW G. SPANIOL
Texas State Bar No. 24063012
andrew.spaniol@dallas.gov
Senior Assistant City Attorney

NICHOLAS D. PALMER
Texas State Bar No. 24067814
nicholas.palmer@dallas.gov
Executive Assistant City Attorney

DALLAS CITY ATTORNEY'S OFFICE
1500 Marilla St., Room 7DN
Dallas, Texas 75201
Phone: (214) 670-3519
Fax: (214) 670-0622

COUNSEL FOR DEFENDANTS

*/s/ Zachary L. Rhines*
ZACHARY L. RHINES
Special Counsel

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Bonnie Freymuth on behalf of Zachary Rhines
Bar No. 24116957
bonnie.freymuth@oag.texas.gov
Envelope ID: 100374773
Filing Code Description: Motion
Filing Description: 2nd Motion for Extension of Time by The State of Texas
Status as of 5/2/2025 12:08 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Zachary Rhines | | zachary.rhines@oag.texas.gov | 5/2/2025 11:42:27 AM | SENT |
| Kyle Tebo | | Kyle.Tebo@oag.texas.gov | 5/2/2025 11:42:27 AM | SENT |
| Bonnie Freymuth | | bonnie.freymuth@oag.texas.gov | 5/2/2025 11:42:27 AM | SENT |
| Stacy Rodriguez | 11016750 | stacy.rodriguez@dallascityhall.com | 5/2/2025 11:42:27 AM | SENT |
| Nicholas Palmer | 24067814 | nicholas.palmer@dallas.gov | 5/2/2025 11:42:27 AM | SENT |
| Elizabeth Chandler | | elizabeth.chandler@dallas.gov | 5/2/2025 11:42:27 AM | SENT |
| Andrew G.Spaniol | | andrew.spaniol@dallas.gov | 5/2/2025 11:42:27 AM | SENT |